

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

———————————————

No. 07-21-00284-CV

———————————————

SUSANNE HURD, APPELLANT

V.

JAMES HURD, APPELLEE

On Appeal from the County Court at Law Number 2
Randall County, Texas
Trial Court No. 71,814-L2; Honorable Matthew C. Martindale, Presiding

December 21, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, Susanne Hurd, proceeding *pro se*, filed a notice of appeal in the referenced cause without identifying the judgment or order from which she seeks to appeal. The trial court clerk has confirmed that no judgment has been issued and the case remains pending. We dismiss the appeal for want of jurisdiction.

Our appellate jurisdiction is limited to appeals from final judgments and interlocutory orders made appealable by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Stary v. DeBord*, 967 S.W.2d 352, 352-53 (Tex. 1998) (per curiam). By letter of December 1, 2021, we notified Hurd that it did not appear a final judgment or appealable order had been issued by the trial court and directed her to show how we have jurisdiction over this appeal. Although Hurd filed a response, she has not demonstrated grounds for continuing the appeal.

Because Hurd has not presented this court with a final judgment or appealable order, her appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).


Per Curiam